

# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-15-00043-CV

| | |
|---|---|
| Reginald J. Hunter and Nekisha T. Hunter, Appellants<br><br>v.<br><br>The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holder of CWABS, Inc., Asset-Backed Certificates Series 2007-4, Appellee | Appealed from the 190th District Court of Harris County. (Tr. Ct. No. 2014-55014). Opinion delivered Per Curiam. |

**TO THE 190TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on April 14, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on December 8, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Reginald J. Hunter and Nekisha T. Hunter, jointly and severally.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, June 26, 2015.

CHRISTOPHER A. PRINE, Clerk